IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROL MARTIN HILL,

    Plaintiff,

v.                          Case No.  4:17cv58-MW/CAS

EDDIE JO WHITE, in his official
capacity as Sheriff of Liberty
County, Florida, and
MARICIO GONZALEZ, individually,

    Defendants.
_____/

## ORDER ACCEPTING ANSWER AS TIMELY FILED

This Court has considered, without hearing, Defendant White's Unopposed Motion for Extension of Time to Respond to Complaint.  ECF No. 7.  The motion is **GRANTED** and the Answer is **accepted as timely filed**.

SO ORDERED on March 7, 2017.

                                              **s/Mark E. Walker            ____**
                                              **United States District Judge**